UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shane Kim,<br><br>   Plaintiff,<br>v.<br><br>BSN Group Corp, BSN Group of NY Corp, Soon Ok Kim and Sang Keun Kim,<br><br>   Defendants, | Index No. 24-cv-00732<br><br>[~~PROPOSED~~]<br><br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants BSN Group Corp, BSN Group of NY Corp, Soon Ok Kim and Sang Keun Kim (collectively, "Defendants"), having offered to allow Shane Kim ("Plaintiff") to take a judgment against them, in the sum of Fifty-Eight Thousand Dollars and No Cents ($58,000.00), with respect to Plaintiff's claims for relief, damages, fees, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated May 7, 2025, and filed as Exhibit A to Docket Number 40;

**WHEREAS**, on May 7, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 40);

It is **ORDERED** and **ADJUDGED**, that judgment is entered in favor of Plaintiff Shane Kim, in the sum of Fifty-Eight Thousand Dollars and No Cents ($58,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated May 7, 2025 and filed as Exhibit A to Docket Number 40.

Dated:     May 9,    , 2025
       New York, New York

                                                                       _____
                                                                       Hon. Edgardo Ramos
                                                                       United States District Judge